**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01473-BNB

SHAWN D. ALLEN,

    Plaintiff,

v.

ROBERT TUCKER,
EDWARD SNEAD, and
JAMES MICHAUD,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    "Plaintiff's Motion to be Provided Section 1983 Prisoner Complaint Forms by the Court Clerk" (ECF No. 7) filed June 18, 2013, is GRANTED. The clerk of the court is directed to mail to Plaintiff, together with a copy of this minute order, a blank copy of the following form: Prisoner Complaint.

Dated:  June 19, 2013