IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01473-BNB

SHAWN D. ALLEN,

    Plaintiff,

v.

ROBERT TUCKER,
EDWARD SNEAD, and
JAMES MICHAUD,

    Defendants.

## ORDER

This matter is before the Court on "Plaintiff's Objection to Magistrate Judge's Order to Amend Complaint Doc. #5" (ECF No. 6). For the reasons discussed below, the objection will be overruled.

Plaintiff initiated this action by filing *pro se* a Prisoner Complaint (ECF No. 1). On June 12, 2013, Magistrate Judge Boyd N. Boland entered an order (ECF No. 5) directing Plaintiff to file an amended complaint that complies with the local civil rules for the District of Colorado and with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Magistrate Judge Boland determined that the Prisoner Complaint did not comply with the local civil rules for the District of Colorado because it lacked adequate margins and spacing between lines. Mr. Allen objects to the determination that the Prisoner Complaint does not comply with the local civil rules for the District of Colorado because he has "FILED HUNDREDS OF PRO SE LEGAL

DOCUMENTS WITH THIS COURT SINCE 2006" and "NEVER BEFORE HAS THERE BEEN AN ISSUE WITH MY SPACING BETWEEN LINES."  (ECF No. 6 at 1.)  Mr. Allen agrees that the Prisoner Complaint does not comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure.

Pursuant to 28 U.S.C. § 636(b)(1)(A) a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law.  The Court has reviewed the file and finds that Magistrate Judge Boland's order directing Plaintiff to file an amended complaint is not clearly erroneous or contrary to law.  First, Mr. Allen's prior filings are not before the Court.  Second, the local civil rules for the District of Colorado require that all papers presented for filing be legible and double-spaced and include appropriate margins.  *See* D.C.COLO.LCivR 10.1.  A cursory review of the Prisoner Complaint confirms that the lack of appropriate margins and spacing between lines makes the pleading difficult to read and understand.  Therefore, Plaintiff's objection will be overruled.  Accordingly, it is

ORDERED that "Plaintiff's Objection to Magistrate Judge's Order to Amend Complaint Doc. #5" (ECF No. 6) is overruled.

DATED at Denver, Colorado, this   19th   day of     June        , 2013.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court